| | |
|---|---|
| Michael J. Bettinger (SBN 122196)<br>*mbettinger@sidley.com*<br>Irene Yang (SBN 245464)<br>*irene.yang@sidley.com*<br>Sue Wang (SBN 286247)<br>*sue.wang@sidley.com*<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, California 94104-1715<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>Attorneys for Plaintiff Magento, Inc. | Timothy Devlin (*pro hac vice*)<br>tdevlin@devlinlawfirm.com<br>Robert Dean Kiddie, Jr. (*pro hac vice*)<br>rkiddie@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1306 N. Broom St., 1st Floor<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>Seth Wiener<br>sethwiener@yahoo.com<br>LAW OFFICES OF SETH WIENER<br>609 Karina Court<br>San Ramon, CA 94582<br>Telephone: (925) 487-5607<br><br>Attorneys for Defendant Express Mobile, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.COMMERCE, INC. D/B/A MAGENTO, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPRESS MOBILE, INC.,<br><br>    Defendant. | Case No.: 3:17-cv-02605-RS<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULING ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff X.Commerce, Inc. d/b/a/ Magento, Inc. ("Magento") and Defendant Express Mobile, Inc. ("Express Mobile") as follows:

WHEREAS, the Court entered a Case Management Scheduling Order on October 26, 2017 (Dkt. 44);

WHEREAS, the parties have agreed that it would be mutually beneficial to make some minor modifications to the case schedule in light of the holidays, including (a) extending Express

Mobile's deadline to respond to Magento's first set of discovery requests to January 4, 2018; (b) extending Magento's deadline to serve its Patent L.R. 3-3 and 3-4 Invalidity Contentions and Document Production; and (c) extending the deadlines under Patent L.R. 4-1 and 4-2 by one week;

WHEREAS, there have been no prior schedule modifications in this case and the requested extensions will not affect any other scheduled dates or events in this action;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the parties hereby stipulate to the following modifications to the Case Management Scheduling Order:

| Event | Current Date | New Date |
| --- | --- | --- |
| Magento serves Invalidity Contentions and Document Production (LPR 3-3, 3-4) | 1/05/2018 | 1/18/2018 |
| Exchange of proposed terms for claim construction (LPR 4-1) | 1/19/2018 | 1/26/2018 |
| Exchange of proposed claim constructions and extrinsic evidence (LPR 4-2) | 2/09/2018 | 2/16/2018 |
| Express Mobile serves Damages Contentions (LPR 3-8) | 2/26/2018 | No change |
| Joint Claim Construction and Prehearing Statement (LPR 4-3) | 3/06/2018 | No change |
| Magento serves Responsive Damages Contentions (LPR 3-9) | 3/28/2018 | No change |
| Completion of claim construction discovery (LPR 4-4) | 4/05/2018 | No change |
| Express Mobile files Opening Claim Construction Brief (LPR 4-5(a)) | 4/20/2018 | No change |
| Magento files Responsive Claim Construction Brief (LPR 4-5(b)) | 5/04/2018 | No change |
| Express Mobile files Reply Claim Construction Brief (LPR 4-5(c)) | 5/11/2018 | No change |

| | | |
|---|---|---|
| Parties will exchange tutorial materials and meet and confer regarding coordination of tutorial presentation. | 5/16/2018 | No change |
| Claim Construction hearing (beginning with one hour tutorial) | 5/23/2018 at 9:30 am | No change |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 13, 2017    By: */s/ Irene Yang*
                                Irene Yang

                                Attorneys for Plaintiff MAGENTO, INC.

Dated: December 13, 2017    By: */s/ Robert Dean Kiddie, Jr.*
                                Robert Dean Kiddie, Jr.

                                Attorneys for Defendant EXPRESS MOBILE, INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: December 13, 2017    By: */s/ Irene Yang*
                                Irene Yang

                                Attorneys for Plaintiff MAGENTO, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/14/17

Honorable Richard Seeborg
United States District Judge