| | |
|---|---|
| Michael J. Bettinger (SBN 122196) | Seth Wiener |
| mbettinger@sidley.com | sethwiener@yahoo.com |
| Irene Yang (SBN 245464) | LAW OFFICES OF SETH WIENER |
| irene.yang@sidley.com | 609 Karina Court |
| Sue Wang (SBN 286247) | San Ramon, CA 94582 |
| sue.wang@sidley.com | Telephone: (925) 487-5607 |
| SIDLEY AUSTIN LLP | |
| 555 California Street, Suite 2000 | Timothy Devlin (*pro hac vice*) |
| San Francisco, California 94104-1715 | tdevlin@devlinlawfirm.com |
| Telephone: (415) 772-1200 | Robert Dean Kiddie, Jr. (*pro hac vice*) |
| Facsimile: (415) 772-7400 | rkiddie@devlinlawfirm.com |
| | DEVLIN LAW FIRM LLC |
| Attorneys for Magento, Inc. | 1306 N. Broom St., 1st Floor |
| | Wilmington, DE 19806 |
| | Telephone: (302) 449-9010 |
| | Facsimile: (302) 353-4251 |
| | |
| | Attorneys for Express Mobile, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.COMMERCE, INC. D/B/A MAGENTO, INC., | ) Case No.: 3:17-cv-02605-RS |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **MODIFYING CASE MANAGEMENT** |
| vs. | ) **SCHEDULING ORDER** |
| | ) |
| EXPRESS MOBILE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between Plaintiff X.Commerce, Inc. d/b/a/ Magento, Inc. ("Magento") and Defendant Express Mobile, Inc. ("Express Mobile") as follows:

WHEREAS, the Court entered a Case Management Scheduling Order on October 26, 2017 (Dkt. 44);

WHEREAS, the parties have agreed that it would be mutually beneficial to make some minor modifications to the case schedule to accommodate the schedule of Express Mobile's counsel, including (a) extending Express Mobile's deadline to respond to Magento's first set of discovery requests to January 11, 2018; (b) extending Magento's deadline to serve its Patent L.R. 3-3 and 3-4 Invalidity Contentions and Document Production by one week to January 25, 2018; and (c) extending the deadlines under Patent L.R. 4-1 by one week to February 2, 2018;

WHEREAS, there has been only a single prior schedule modification in this case and the requested extensions will not affect any other scheduled dates or events in this action;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the parties hereby stipulate to the following modifications to the Case Management Scheduling Order:

| Description | Current Date | New Date |
| --- | --- | --- |
| Magento serves Invalidity Contentions and Document Production (LPR 3-3, 3-4) | 1/18/2018 | 1/25/2018 |
| Exchange of proposed terms for claim construction (LPR 4-1) | 1/26/2018 | 2/02/2018 |
| Exchange of proposed claim constructions and extrinsic evidence (LPR 4-2) | 2/16/2018 | No change |
| Express Mobile serves Damages Contentions (LPR 3-8) | 2/26/2018 | No change |
| Joint Claim Construction and Prehearing Statement (LPR 4-3) | 3/06/2018 | No change |
| Magento serves Responsive Damages Contentions (LPR 3-9) | 3/28/2018 | No change |

| | | |
|---|---|---|
| Completion of claim construction discovery (LPR 4-4) | 4/05/2018 | No change |
| Express Mobile files Opening Claim Construction Brief (LPR 4-5(a)) | 4/20/2018 | No change |
| Magento files Responsive Claim Construction Brief (LPR 4-5(b)) | 5/04/2018 | No change |
| Express Mobile files Reply Claim Construction Brief (LPR 4-5(c)) | 5/11/2018 | No change |
| Parties will exchange tutorial materials and meet and confer regarding coordination of tutorial presentation | 5/16/2018 | No change |
| Claim Construction hearing | 5/23/2018 @ 9:30 am | No change |

IT IS SO STIPULATED.

Dated: January 4, 2018                          Respectfully Submitted,

By:    */s/ Robert Dean Kiddie, Jr.*

Timothy Devlin (*pro hac vice*)
tdevlin@devlinlawfirm.com
Robert Dean Kiddie, Jr. (*pro hac vice*)
rkiddie@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1306 N. Broom St., 1st Floor
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

Seth Wiener
sethwiener@yahoo.com
LAW OFFICES OF SETH WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607

Attorneys for Defendant Express Mobile, Inc.

Dated: January 4, 2018

By:    */s/ Irene Yang*

    Michael J. Bettinger (SBN 122196)
    mbettinger@sidley.com
    Irene Yang (SBN 245464)
    irene.yang@sidley.com
    Sue Wang (SBN 286247)
    sue.wang@sidley.com
    SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
    San Francisco, California 94104-1715
    Telephone: (415) 772-1200
    Facsimile: (415) 772-7400

    Attorneys for Plaintiff X. Commerce, Inc.,
    d/b/a Magento, Inc.

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: January 4, 2018

By: */s/ Robert Dean Kiddie, Jr.*
    Robert Dean Kiddie, Jr.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/5/18

_/s/ Richard Seeborg_
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE