Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
Sue Wang (SBN 286247)
sue.wang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Andrew T. Langford (*pro hac vice*)
alangford@sidley.com
Michael L. Roberts (*pro hac vice*)
mlroberts@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

*Attorneys for Magento, Inc.*

Seth W. Wiener (SBN 203747)
seth@sethwienerlaw.com
LAW OFFICES OF SETH WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607

Jeffrey Francis Craft (SBN 147186)
jcraft@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1731 Fox Springs Circle,
Newbury Park, CA 91320

Timothy Devlin (*pro hac vice*)
tdevlin@devlinlawfirm.com
Robert Dean Kiddie, Jr. (*pro hac vice*)
rkiddie@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Express Mobile, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| X.COMMERCE, INC. D/B/A MAGENTO, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EXPRESS MOBILE, INC.,<br><br>　　　　　Defendant. | Case No.: 3:17-cv-02605-RS<br><br>**JOINT STIPULATION AND ORDER RE: CASE SCHEDULE AS MODIFIED BY THE COURT**<br><br>Assigned to Honorable Richard Seeborg |

IT IS HEREBY STIPULATED by and between Plaintiff X.Commerce, Inc. d/b/a/ Magento, Inc. ("Magento") and Defendant Express Mobile, Inc. ("Express Mobile"), subject to the approval of the Court, as follows:

WHEREAS, on August 14, 2020, the Court entered an order continuing the close of expert discovery to October 24, 2020, continuing the deadline for filing dispositive and *Daubert* motions to November 19, 2020, vacating all additional deadlines previously set by the Court, and ordering the parties to provide the Court with a new proposed schedule before the close of expert discovery (Dkt. 196);

WHEREAS, the previous time modifications in this case are as follows:  On October 26, 2017, the Court entered the original Case Management Scheduling Order (Dkt. 44) setting deadlines through claim construction, which was modified on December 14, 2017 (Dkt. 50), January 5, 2018 (Dkt. 52), March 8, 2018 (Dkt. 58), and May 11, 2018 (Dkt. 64); on February 15, 2019, the Court entered a new Case Management Scheduling Order (Dkt. 87) setting post-claim construction deadlines, which was modified on July 26, 2019 (Dkt. 98), September 12, 2019 (Dkt. 115), September 25, 2019 (Dkt. 126), November 21, 2019 (Dkt. 150), December 3, 2019 (Dkt. 154), and December 16, 2019 (Dkt. 158); and on April 2, 2020, the Court entered a Further Case Management Scheduling Order (Dkt. 178), which was supplemented on April 15, 2020 (Dkt. 182) and partially modified and partially vacated on August 14, 2020 (Dkt. 196).

NOW, THEREFORE, pursuant to Civil Local Rule 7-12 and to the Court's August 14, 2020 order, the parties hereby stipulate to and propose the following new case schedule:

| Description | Date |
| --- | --- |
| Close of expert discovery | October 24, 2020 |
| Deadline file dispositive motion and *Daubert* motion | November 19, 2020 |
| Deadline to file oppositions to dispositive motion and *Daubert* motion | December 23, 2020 |
| Deadline to file replies to dispositive motion and *Daubert* motion | January 21, 2021 |

| Description | Date |
|---|---|
| Hearing on dispositive motions and *Daubert* motions | February 11, 2021 at 1:30 PM or at the Court's convenience[1] |
| Last day for lead trial counsel to meet and confer pursuant to Paragraph A of the Guidelines for Final Pretrial Conference in Jury Cases before Judge Seeborg | 21 days before pretrial conference |
| Deadline to submit joint pretrial statement and order and file motions *in limine*; Deadline for parties to exchange exhibits | 10 days before pretrial conference |
| Deadline for parties to deliver exhibits, file and serve deposition designations, and file and serve jury materials; Deadline to file a trial brief | 5 days before pretrial conference |
| Pretrial conference | May 19, 2021 at 10:00 AM |
| Jury Trial | June 1, 2021 at 9:00 AM |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 20, 2020    By: */s/ Irene Yang*
                                Irene Yang

                                *Attorneys for Plaintiff Magento, Inc.*

Dated: October 20, 2020    By: */s/ Jeffrey F. Craft*
                                Jeffrey F. Craft

                                *Attorneys for Defendant Express Mobile, Inc.*

---

[1] The parties will contact Magistrate Judge Corley to reschedule the settlement conference once a summary judgment hearing date is set. *See* Dkt. 197.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

Dated:  October 20, 2020                            */s/ Irene Yang*
                                                                          Irene Yang

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 20, 2020

_____
Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE