UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.COMMERCE, INC.,<br>　　　　　Plaintiff,<br>　　v.<br>EXPRESS MOBILE, INC.,<br>　　　　　Defendant. | Case No. 17-cv-02605-RS<br><br>**ORDER RE STATUS OF STAY** |

The parties have complied with the court's request for a status report regarding the temporary stay in this matter. They agree that while the PTO proceedings as to one of the patents-in-suit are now final, challenges to the other patent are ongoing. Additionally, a new third-party request for review is pending, although that would not independently support a stay.

Plaintiff proposes partially lifting the stay, to permit adjudication of one prong of its pending motion for summary judgment. In the alternative, plaintiff requests the stay be continued in whole through the end of May, 2022. Defendant, the patent holder, urges that the stay should be lifted in its entirety now.

In light of all the circumstances, it is appropriate to continue the stay through March of 2022. The parties shall file a joint status report no later than March 25, 2022.

**IT IS SO ORDERED**.

Dated: December 10, 2021

_____
RICHARD SEEBORG
Chief United States District Judge